UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED CENTRAL BANK**
   Plaintiff,

 v.               Case No. 10-CV-00464

**MAPLE COURT LLC, et al.,**
   Defendants

### ORDER

  In this diversity case, plaintiff United Central Bank seeks to enforce a promissory note and foreclose on a mortgage on three apartment buildings. Plaintiff names several defendants, but only three are actively defending this suit. Plaintiff alleges that one of the defaulting defendants, Brendan Sullivan, "is an adult residing at W73 N526 Cider Mill Court, Cedarburg, Wisconsin. Therefore, Sullivan is a citizen of Wisconsin for purposes of 28 U.S.C. § 1332(a)." (Pl.'s Second Supplemental Jurisdictional Statement ¶ 3, ECF No. 76.) "An allegation of residence is not sufficient to establish citizenship, which requires domicile." Winforge, Inc. v. Coachmen Indus., Inc., 691 F.3d 856 (7th Cir. 2012).

  **THEREFORE, IT IS ORDERED** that by **August 28, 2013** plaintiff shall submit a supplemental jurisdictional statement that states whether Sullivan is domiciled in Wisconsin.

  Dated at Milwaukee, Wisconsin, this 24th day of August, 2013.

                    s/ Lynn Adelman
                    _____
                    LYNN ADELMAN
                    District Judge