# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED CENTRAL BANK**
        **Plaintiff,**

    v.                                                      Case No. 10-CV-00464

**MAPLE COURT LLC, et al.,**
        **Defendants.**

## ORDER

The court will wait to rule on plaintiff's motion to enforce the settlement agreement until the parties have fully briefed the issues.

**IT IS ORDERED** that plaintiff shall file a brief in opposition to the motion by **May 2, 2014**. The brief should discuss whether the parties entered into an enforceable settlement agreement. It should also discuss whether the court has jurisdiction to enforce a settlement agreement in a case where a final judgment has already been entered, and, if so, whether defendants have followed the proper procedure for doing so.

**IT IS FURTHER ORDERED** that defendants have until **May 16, 2014** to file a reply brief in support of the motion if they wish to do so.

Dated at Milwaukee, Wisconsin, this 24th day of April, 2014.

                                                      s/ Lynn Adelman
                                                      _____
                                                      LYNN ADELMAN
                                                      District Judge